```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 07762
   LINDA J BOWMAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9594


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/01/2004 and was confirmed 04/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.37% from remaining funds.

     The case was paid in full 09/08/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NUVELL CREDIT CO LLC    SECURED             12035.00         3502.20      12035.00
NUVELL CREDIT CO LLC    UNSECURED           10543.82           .00         3172.32
AT & T WIRELESS         UNSECURED          NOT FILED           .00             .00
ARROW FINANCIAL SERVICES UNSECURED         NOT FILED           .00             .00
BMG MUSIC SERVICE       UNSECURED          NOT FILED           .00             .00
CHICAGO TRIBUNE         UNSECURED          NOT FILED           .00             .00
CAPITAL ONE BANK        UNSECURED OTH        677.87            .00          201.82
AT & T WIRELESS         UNSECURED          NOT FILED           .00             .00
DELL FINANCIAL SERVICES UNSECURED          NOT FILED           .00             .00
DON TRON CORP           UNSECURED          NOT FILED           .00             .00
WILLIAM G SCHUR         NOTICE ONLY        NOT FILED           .00             .00
EXCEL TELECOMMUNICATIONS UNSECURED            184.00           .00           54.75
FRANKLIN MINT           UNSECURED          NOT FILED           .00             .00
GEORGIA M FORD          UNSECURED            5377.00           .00         1617.56
HECTOR BRUNO            UNSECURED          NOT FILED           .00             .00
DEAN J CARAS            NOTICE ONLY        NOT FILED           .00             .00
MIDNIGHT VELVET         UNSECURED             386.98           .00          116.42
NEXTEL COMMUNICATIONS   UNSECURED          NOT FILED           .00             .00
OCONNOR CHEVROLET       UNSECURED          NOT FILED           .00             .00
CYBAK & ASSOC           NOTICE ONLY        NOT FILED           .00             .00
PINNACLE FINANCIAL      UNSECURED          NOT FILED           .00             .00
ROUNDUP FUNDING LLC     UNSECURED            1811.88           .00          545.07
T MOBILE                UNSECURED          NOT FILED           .00             .00
AMERITECH OF ILLINOIS   UNSECURED          NOT FILED           .00             .00
VIKING OFFICE PRODUCTS I UNSECURED OTH       1760.08           .00          464.04
D & B RMS               UNSECURED          NOT FILED           .00             .00
DEAN J CARAS            SECURED NOT I          .00             .00             .00
TIMOTHY K LIOU          DEBTOR ATTY         2,221.00                       2,221.00
TOM VAUGHN              TRUSTEE                                            1,456.82
DEBTOR REFUND           REFUND                                                 .00

         Summary of Receipts and Disbursements:

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 07762 LINDA J BOWMAN
```

```
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   25,387.00

PRIORITY                                              .00
SECURED                                         12,035.00
    INTEREST                                     3,502.20
UNSECURED                                        6,171.98
ADMINISTRATIVE                                   2,221.00
TRUSTEE COMPENSATION                             1,456.82
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    25,387.00              25,387.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 03/09/09　　　　　　　　/s/ Tom Vaughn
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TOM VAUGHN
　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE